# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | | |
|---|---|---|
| JIMMY DEAN HALE, | ) | |
| | ) | Case No. 2:19-cv-130 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Cynthia R. Wyrick |
| GREENE COUNTY POLICE | ) | |
| DEPARTMENT, GREENE COUNTY, and | ) | |
| TOWN OF GREENEVILLE, | ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER

On July 19, 2019, Plaintiff Jimmy Dean Hale filed this *pro se* action as well as a motion to proceed *in forma pauperis* (Docs. 1, 2). On February 5, 2018, United States Magistrate Judge Cynthia R. Wyrick filed a report and recommendation (Doc. 8), recommending the Court dismiss the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), because there is no basis for federal jurisdiction.

Plaintiff has not filed objections to Magistrate Judge Wyrick's report and recommendation.[1] Nevertheless, the Court has conducted a review of the report and recommendation, as well as the record, and agrees with Magistrate Judge Wyrick's well-

---

[1] Magistrate Judge Wyrick specifically advised Plaintiff that he had 14 days in which to object to the report and recommendation and that failure to do so would waive her right to appeal. (Doc. 8, at 4); *see also* Fed. R. Civ. P. 72(b)(2); *Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which Plaintiff could timely file any objections has now expired.

reasoned conclusions.  Accordingly, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 8) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the action be **DISMISSED**.

    **AN APPROPRIATE JUDGMENT WILL ENTER.**

    */s/ Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**